IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-08-431 |
| | § | |
| REGINA COCHRAN, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING PLEA OF GUILTY

Pending before the court is the Recommendation by the Magistrate Judge that the plea of guilty by defendant Regina Cochran be accepted by the court. The court, having received no objections to the Report and Recommendation of the Magistrate Judge, hereby adopts the Recommendation and adjudges the defendant guilty of Count Two of the Indictment.

SIGNED on September 5, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge